# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

**VICKI ROSS,**

    **Plaintiff,**

**vs.**                                  **Case No. 3:18-cv-00036**

**HURON LAW GROUP WEST VIRGINIA, PLLC,**
**HURON LAW GROUP, PLLC, GRT FINANCIAL, INC.,**
**ZERO DEBT, LLC, DOE CORPORATION I, and**
**DOE CORPORATION II,**

    **Defendants.**

## **STIPULATED DISMISSAL ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff, Vicki Ross, and Defendants Huron Law Group West Virginia, PLLC, Huron Law Group, PLLC, GRT Financial, Inc., and Zero Debt, LLC, stipulate to the dismissal of Plaintiff Ross's claims against all Defendants with prejudice. Parties also stipulate that each party is to bear its own costs in this litigation.

WHEREFORE, it is hereby ORDERED that Plaintiff Vicki Ross's claims against all Defendants are dismissed with prejudice.

The Clerk is directed to send a certified copy of this Order to counsel of record.

ENTERED this __11th__ day of __October__, 2019.

                                                            _____
                                                            Honorable Robert C. Chambers
                                                            United States District Judge

**Respectfully submitted,**
By Counsel

*/s/John W. Barrett*
John W. Barrett (WV Bar No. 7289)
Benjamin J. Hogan (WV Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
jbarrett@baileyglasser.com
bhogan@baileyglasser.com

Ian B. Lyngklip (Admitted pro hac vice)
Lyngklip & Associates
24500 Northwestern Highway, #206
Southfield, MI 48075
(248) 208-8864
Ian@ConsumerLawyers.com
*Counsel for Plaintiff*

*/s/ David M. Gettings*
John C. Lynch (WV Bar No. 6627)
David M. Gettings (Admitted pro hac vice)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
john.lynch@troutmansanders.com
david.gettings@troutmansanders.com

## **CERTIFICATE OF SERVICE**

      I, John W. Barrett, hereby certify that on October 10, 2019, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

                                          */s/ John W. Barrett*
                                          John W. Barrett
                                          Bailey & Glasser LLP
                                          209 Capitol Street
                                          Charleston, West Virginia 25301
                                          Telephone: (304) 345-6555
                                          Facsimile: (304) 342-1110
                                          Email: jbarrett@baileyglasser.com